344 A.2d 476
**COMMONWEALTH of Pennsylvania**
v.
**William C. BARTLETT, Appellant.**

Supreme Court of Pennsylvania.

Argued July 2, 1975.

Decided Oct. 3, 1975.

Harris J. Sklar, A. M. Rosenbaum, Philadelphia, for appellant.

Milton O. Moss, Dist. Atty., William T. Nicholas, First Asst. Dist. Atty., Stewart J. Greenleaf, Asst. Dist. Atty., Chief, Appeals Div., J. D. Bean, Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM:

The record in the above case is remanded to the Court of Common Pleas of Montgomery County for the purpose of conducting an evidentiary hearing to determine whether appellant was denied the effective assistance of counsel at his Post Conviction Hearing. If it is determined that appellant was denied effective assistance of counsel, the Court of Common Pleas of Montgomery County shall conduct a new Post Conviction Hearing. If it is determined that appellant was not denied effective assistance of counsel at his Post Conviction Hearing, the order denying postconviction relief shall be reinstated and an appeal may be taken to this court.